UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAY RANCEL,

    Plaintiff,

v.                                                  Case No: 2:17-cv-604-FtM-99MRM

MIKE SCOTT,

    Defendant.
_____/

## OPINION AND ORDER[1]

This matter comes before the Court on Plaintiff Jay Rancel's handwritten document simply titled Complaint (Doc. #1), filed on November 3, 2017. Upon review of the pleading, it is unclear what relief is sought. Plaintiff appears to both complain about being trespassed from an undisclosed Publix grocery store and a McDonalds, and complains of an issue with reality television actress Brooke Hogan. Plaintiff states that he was Baker Acted on several occasions, placed in isolation, and was mistreated by deputies of the Lee County Sheriff's Office during the process. *Id.* Further, Plaintiff fails to use the civil rights complaint form or habeas corpus form required for use by *pro se* litigants to present their cases.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

As currently written, the instant pleading fails to contain the information required in a civil rights complaint or in a 28 U.S.C. § 2254 petition. For example, Plaintiff's allegations are virtually unintelligible, and the complaint does not contain the historical information concerning Plaintiff's prior federal cases. See 28 U.S.C. § 1915(g). Therefore, this case will be dismissed without prejudice to give Plaintiff an opportunity to properly file a civil rights complaint or 28 U.S.C. § 2254 habeas petition.

Accordingly,

it is hereby **ORDERED**:

1. This case is **DISMISSED** without prejudice.

2. The **Clerk of the Court** shall terminate any pending motions, close the case, and enter judgment accordingly.

3. The Clerk shall also send Plaintiff a civil rights complaint form, a 28 U.S.C. § 2254 habeas form, an affidavit of indigency form, and a prisoner consent form and financial certificate. If Plaintiff chooses to pursue a civil rights action or habeas action, he may complete and submit these forms. However, Plaintiff should not place the instant case number on the forms as this case will be closed. The Clerk will assign a separate case number in the event Plaintiff elects to pursue another action.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of November, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Jay Rancel
SA: FTMP-2